IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MILTON GIVENS,                          )
                                        )
    Plaintiff,                         )
                                        )
v.                                      )    CV 316-036
                                        )
NANCY A. BERRYHILL, Acting              )
Commissioner of Social Security         )
Administration,                         )
                                        )
    Defendant.                         )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Acting Commissioner's final decision and **REMANDS** this case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 18th day of May, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE