# United States District Court
## Southern District of Georgia

MILTON GIVENS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV316-036

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 18, 2017, the Report and Recommendation of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court REVERSES the Acting Commissioner's final decision and REMANDS this case to the Acting Commissioner for further consideration.

May 18, 2017
Date

Scott L. Poff
Clerk

*(By)* Deputy Clerk